| UNITED STATES BANKRUPTCY COURT |
|---|
| Eastern District of New York |

| Name of Debtor(s):<br>Winsome Davidson | Case number (*If known*): _____<br>Chapter 13  ☒ |
|---|---|
| Debtor(s). | **DECLARATION REGARDING ELECTRONIC FILING (SELF-REPRESENTED INDIVIDUAL)** |

1. I (we) have completed the following documents using the Court's Electronic Filing program for self-represented debtors:

☑ Voluntary Petition for Individuals Filing for Bankruptcy (Official Form B101)

☐ Chapter 7 Statement of Your Current Monthly Income (Official Form B122A-1)

☐ Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form B107)

☐ Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Chapter 7 only) (Official Form B122A-1Supp)

☐ Declaration About an Individual Debtor's Schedules (Official Form B106)

☐ Chapter 7 Means Test (Official Form B122A-2)

☑ Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B108)

☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment (Official Form B122C-1)

☑ Chapter 13 Calculation of Your Disposable Income (Official Form B122C-2)

2. Declaration of Petitioner:

   a. To be completed in all cases.

I(we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I(we) have read and understand the above- referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my knowledge and belief; and (3) I (we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court Eastern District of New York. I further declare under penalty of perjury that I (we) have completed and signed Your Statement about Your Social Security Number(s) (Official Form B121) and provided the signed form to the Clerk. I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

   b. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts.

   ☑ I(we) am (are) aware that I(we) may proceed under chapter 7 or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 13 ☒; and I(we) request relief in accordance with chapter 13 ☒ .

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105

| October 14, 2025 | *Winsome Davidson* |
|---|---|
| Date | Debtor's Signature |

| | |
|---|---|
| Date | Joint Debtor's Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court Eastern District of New York

07/19/2022                                                                                               ELECTRONIC.FILING.DECLARATION.DEBTOR.